```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
EDWARD E. KELLY, JR.           : CIVIL ACTION
                               :
     vs.                       :
                               : NO. 08-CV-1952
MICHAEL J. ASTRUE, Commissioner:
of Social Security             :
```

### ORDER

AND NOW, this   20th     day of August, 2009, upon consideration of Plaintiff's Brief and Request for Review (Doc. No. 4) and Defendant's Response thereto (Doc. No. 5), it is hereby ORDERED that the Request is DENIED, the Findings of Fact and Conclusions of Law of the Administrative Law Judge and the Final Decision of the Commissioner of Social Security that the Plaintiff Edward E. Kelly, Jr. is/has not been disabled within the meaning of Sections 216(i) and 223(d) of the Social Security Act at any time on or before his date last insured are AFFIRMED.

                              BY THE COURT:


                              S/J. CURTIS JOYNER
                              J. CURTIS JOYNER,       J.